# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ANTHONY TORTORELLA,

    Plaintiff,

    v.

CITY OF ORANGE, et al.

    Defendants,

CIVIL ACTION NO: 02-4819 (JAG)

ORDER EXTENDING TIME
TO CONSUMMATE SETTLEMENT

The above-captioned matter having been reported settled and an Order having been filed allowing the parties 60 days to consummate the settlement and the parties having requested an extension of time in which to consummate the settlement;

It is on this 12th day of JULY 2007,

O R D E R E D that the time in which settlement of the above action must be consummated is hereby extended for 30 days.

                                      S/Joseph A. Greenaway, Jr.
                                      JOSEPH A. GREENAWAY, JR., U.S.D.J.